UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shari Braunschweig, | Case No. 22-cv-1539 (DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, | |
| Defendant. | |

---

This matter is before the Court on Plaintiff's Motion for Attorneys Fees ("Motion") (ECF No. 21). Plaintiff seeks attorneys' fees in the amount of $3,346.50 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA") (*see* ECF Nos. 22–23). The Government does not oppose Plaintiff's Motion or the amount requested (*see* ECF No. 24). Based on the parties' agreement, the Court grants Plaintiff's Motion for Attorney Fees and directs the Government to pay $3,346.50 to Plaintiff. In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fees may be subject to offset or satisfy any preexisting debit that Plaintiff may owe the United States.

**SO ORDERED**.

Dated: October 31, 2023

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge